

## Fourth Court of Appeals
### San Antonio, Texas

November 17, 2020

No. 04-20-00516-CV

Heriberto D. **GONZALEZ**,
Appellant

v.

Salvador **JOHNSON**, Sr.,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2019CVH002459C3
Honorable Victor Villarreal, Judge Presiding

## O R D E R

Appellant's brief is currently due by November 19, 2020. On November 13, 2020, appellant filed a motion requesting a thirty day extension of time. After consideration, we **GRANT** the motion and **ORDER** appellant to file the brief by **December 21, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court